James B. Wise, Respondent, v. Law Reporting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles H. Davies, Appellant, v. Corning and Painted Post Street Railway, Respondent.— Order reversed and motion denied, with costs. Held, that the defendant was guilty of inexcusable laches, and the motion should have been denied upon that ground. All concurred.

Wright-Rosa Engineering Company, Inc., Respondent, v. I. M. Ludington's Sons, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Francis L. Warner, Respondent, v. George A. Otis Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to renew the motion before the justice who tried the case. All concurred, except Kruse, P. J., who dissented.

Sligo Furnace Company, Respondent, v. Thomas H. Quinn and Others, Appellants.— Motion for reargument denied, with ten dollars costs.

Eliza T. Williams, Appellant, v. Alice D. Williams and Another, as Executors, etc., Respondents.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of Timothy Foohey, as Surviving Member of the Firm of Pollard, Goff & Company, Respondent, for a Peremptory Writ of Mandamus Directed to Julius N. Shaw and Others, as Commissioners, etc., Respondents. Washington Oaks and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. All concurred; Lambert, J., not sitting.

Mary De Hart and Others, Appellants, v. George V. Forman and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment of all costs accrued subsequent to the service of notice of trial. All concurred.